Douglas (Trey) Lynn, SBN 028054
Brendan A. Melander, SBN 034777
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:   602-778-3700
Facsimile:    602-778-3750
trey.lynn@ogletree.com
brendan.melander@ogletree.com

*Attorneys for Pampered Pets &
Plants, Inc. and Susan Hall, aka
Susan Chamberlaine Luffey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sandra S. Hoppmann, | No.  CV-22-00427-PHX-DWL |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Pampered Pets & Plants, Inc., an Arizona corporation; and Susan Hall, aka Susan Chamberlaine Luffey, | |
| Defendants. | |
| Pampered Pets & Plants, Inc, an Arizona corporation, | |
| Counterclaimant, | |
| v. | |
| Sandra S. Hoppmann, | |
| Counterdefendant. | |

NOTICE IS HEREBY GIVEN that Brendan A. Melander hereby withdraws as counsel for Defendants Pampered Pets & Plants, Inc. and Susan Hall ("Defendants"), effective June 7, 2022. Defendants will continue to be represented by Douglas (Trey) Lynn of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

1    DATED this 7th day of June 2022.

2                                              OGLETREE, DEAKINS, NASH, SMOAK &
                                               STEWART, P.C.
3

4                                              By:   /s/ Brendan A. Melander
                                                     Douglas (Trey) Lynn
5                                                    Brendan A. Melander
                                                     2415 E. Camelback Road, Suite 800
6                                                    Phoenix, AZ  85016

7                                                    Attorneys for Defendants/Counterclaimant

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

51794482.v1-OGLETREE